IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 315-001 |
| | ) | |
| BRENITA RACHELLE ARMSTRONG | ) | |

**O R D E R**

After a careful, *de novo* review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion and **DENIES** Defendant's motions to suppress. (Doc. nos. 17, 19.)

SO ORDERED this 20th day of May, 2015, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE