IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | CR 315-001 |
| v. | * | |
| | * | |
| BRENITA RACHELLE ARMSTRONG | * | |

## ORDER

On December 14, 2015, Defendant filed a motion to reduce her sentence pursuant to Amendment 782 to the United States Sentencing Guidelines, which implemented a two-level offense level reduction to a majority of the offense levels assigned to the drug quantities set forth in Section 2D1.1 of the Guidelines. U.S.S.G. App. C, amend. 782. This amendment took effect on November 1, 2014. Thus, Defendant, who was sentenced on August 11, 2015, already had the full benefit of the changes mandated by Amendment 782. Accordingly, the motion to reduce (doc. no. 45) is **DENIED**.

**ORDER ENTERED** at Augusta, Georgia, this _____ day of January, 2016.

UNITED STATES DISTRICT JUDGE